IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LAURA JONES,

Plaintiff,

v.

EAST ST. LOUIS SCHOOL DISTRICT,

Defendants.                                     No. 08-cv-819-DRH

### ORDER

**HERNDON, Chief Judge:**

Before the Court is a joint stipulation of the parties dismissing the case, with prejudice, with each party to bear its own costs (Doc.17). Accordingly, pursuant to **Federal Rule of Civil Procedure 41(a)(1)(A)(ii)**, the case is **DISMISSED, WITH PREJUDICE**, with each party to bear its costs.

**IT IS SO ORDERED.**

Signed this 7th day of August, 2009.

/s/      David R. Herndon

**Chief Judge
United States District Court**