# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LAURA JONES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 08-CV-819-DRH |
| EAST ST. LOUIS SCHOOL DISTRICT NO. 189, | ) ) ) ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action is before the Court on Stipulation for Dismissal filed on August 5, 2009.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order of this Court dated August 7, 2009, this case is **DISMISSED** with prejudice. Each party shall bear its own costs----------------------------------------------------------------------------------------

**JUSTINE FLANAGAN, ACTING CLERK**


BY:      /s/*Sandy Pannier*
                **Deputy Clerk**

Dated: August 7, 2009.


APPROVED: /s/      *David R Herndon*
          CHIEF JUDGE
          U. S. DISTRICT COURT